WILLIAM HALSEY et al., Respondents, *v.* CYRUS R. DAVIS, Appellant.

(Argued June 14, 1875; decided June 22, 1875.)

*James R. Cox* for the appellant.

*Amasa J. Parker* for the respondents.

Agree to affirm. No opinion.
All concur.
Judgment affirmed.

---

MARY E. COLE, Executrix, etc., Respondent, *v.* JOHN M. NILES et al., Appellants.

(Argued June 15, 1875; decided June 25, 1875.)

*John Cadman* for the appellants.

*J. C. Ormsby* for the respondent.

Agree to affirm on opinion of court below.
All concur.
Judgment affirmed.

---

JOHN MULLALY, Appellant, *v.* THE MAYOR, ALDERMEN AND COMMONALTY OF THE CITY OF NEW YORK, Respondents.

(Argued June 16, 1875; decided June 25, 1875.)

REPORTED below, 3 Hun, 661.

*John H. Strahan* for the appellant.

*D. J. Dean* for the respondents.

Agree to affirm. No opinion.
All concur.
Judgment affirmed.